# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00783-CV

**Kyle Jason McCarrell, Appellant**

**v.**

**Dunham & Jones Attorneys at Law P.C. and James Erickson, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-006982, MR. WILLIAM C. KIRKENDALL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Kyle Jason McCarrell filed his notice of appeal on October 31, 2019. The reporter's record was due on December 27, 2019. On January 2, 2020, this Court sent court reporter Ms. Leah Hayes notice that the reporter's record was overdue and asked her to send this Court a written explanation for the delay and an estimate of when the record would be complete. We requested that a response be filed no later than January 13, 2020. To date, she has not tendered the record or a response.

We therefore order Hayes to file the reporter's record in this cause **no later than February 18, 2020**. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Hayes being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on February 7, 2020.

Before Chief Justice Rose, Justices Baker and Triana